# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALIREZA BAKHTIARI,** | : | |
| **Plaintiff** | : | **No. 1:17-cv-00016** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **STEVEN SPAULDING, <u>et</u> <u>al.,</u>** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 8th day of November 2018, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss and/or, in the alternative, for summary judgment (Doc. No. 50), is **GRANTED**;

2. Plaintiff's motion to disqualify counsel (Doc. No. 66), is **DEEMED WITHDRAWN** for failure to file a brief in support in accordance with Middle District Local Rule 7.5;

3. Plaintiff's motion for leave to file a sur-reply (Doc. No. 80), is **GRANTED** insofar as Plaintiff's sur-reply (Doc. No. 80-1), is **DEEMED** filed; and

4. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania