UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3495
_____

ALIREZA BAKHTIARI,
          Appellant

v.

SPAULDING; REEDY; HAUSE; GALLOZA; MARTIN; MAIZE; FELTON;
SLUKOM; BITTENBENDER; LOZANO; LIEUTENANT JOHN DOE 1;
LIEUTENANT JOHN DOE 2; LIEUTENANT JOHN DOE 3;
MICHAEL TAFLESKI; UNITED STATES OF AMERICA; BREWAGNER;
TRITHOL, Defendant in Individual Capacity Only
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1-17-cv-00016)
District Judge:  Honorable Yvette Kane
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
June 13, 2019

Before: CHAGARES, BIBAS, and GREENBERG, Circuit Judges
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on June 13, 2019.  On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered November 8, 2018, be and the same is hereby affirmed.  Costs will not be taxed.  All of the above in accordance with the opinion of this Court.

                                              ATTEST:

                                              <u>s/Patricia S. Dodszuweit</u>
                                              Clerk

Dated: July 2, 2019